# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>JOSE ALBERTO RINCON (2),<br><br>               Defendant. | CASE NO. 98CR2836-JLS<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, with prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

___   of the offense(s) as charged in the Indictment/Information:

_____

_____

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: October 25, 2012

                                                                  *Janis L. Sammartino*
                                                      Honorable Janis L. Sammartino
                                                      United States District Judge